# EXHIBIT B



# Another Nightmare for Uber: Driver Kills Pedestrian in New York

**Brittany Jones Cooper**

27-year-old Wesley Mensing died after he was struck by an Uber driver. (Photo: Christopher Sadowski)

An Uber driver killed a man in New York City on Saturday. It's just the latest in a string of problems for the taxi-hailing company.

