

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**Thomas Patrick Lane**
212.294.6869
TLane@winston.com

February 15, 2017

<u>VIA ECF AND EMAIL</u>

Hon. Andrew L. Carter, Jr.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Sadowski v. Yahoo! Inc.*; 16 cv 7804 (ALC); Request to adjourn Initial Pretrial Conference

Your Honor:

    Pursuant to the Court's Individual Rule of Practice I(D), I write on behalf of Defendant Yahoo! Inc. ("Yahoo!"), and with the consent of the Plaintiff, to request a 14-day adjournment of the initial pretrial conference, from February 17, 2017 to March 3, 2017 due to a scheduling conflict. In addition, the parties remain in settlement negotiations and believe the additional time will help them reach an agreement.

    This is Yahoo!'s first request to adjourn the pretrial conference. Its previous requests to extend the time to answer or otherwise respond to the complaint were granted. The Plaintiff, through his counsel, consents to the request. There are currently no scheduled dates that would be affected by the adjournment.

    Thank you for your consideration.

                                                           Respectfully submitted,

                                                           /s/ Thomas Patrick Lane

                                                           Thomas Patrick Lane
                                                           Winston & Strawn LLP