

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

North America   Europe   Asia

Thomas Patrick Lane
212.294.6869
TLane@winston.com

April 6, 2017

VIA ECF AND EMAIL

Hon. Andrew L. Carter, Jr.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Sadowski v. Yahoo! Inc.*, 16 cv 7804 (ALC)

Your Honor:

    Pursuant to the Court's Individual Rule of Practice I(D), I write on behalf of Defendant Yahoo! Inc. ("Yahoo!"), and with the consent of the Plaintiff, to inform the Court that the parties have reached a settlement in principle. The parties request 30 days to file a notice of settlement. In the interim, the parties request that the initial pretrial conference currently scheduled for April 10, 2017 be adjourned *sine die*. The parties' previous request to adjourn the initial pretrial conference was granted. There are currently no scheduled dates that would be affected by the adjournment.

    Thank you for your consideration.

    Respectfully submitted,

    /s/ Thomas Patrick Lane

    Thomas Patrick Lane
    Winston & Strawn LLP

**WINSTON & STRAWN**

cc.: (by ECF and email)

Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(516)-233-1660
RL@LiebowitzLawFirm.com

Yekaterina Tsyvkin
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(347)-405-2871
kt@liebowitzlawfirm.com

*Counsel for Plaintiff*